

## NUMBER 13-14-00315-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

### IN THE ESTATE OF LAVERNE (TOBY) SMITH, DECEASED

**On Appeal from the County Court
of Lavaca County, Texas**

## ORDER ABATING APPEAL

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

This cause is before the Court on the record and the parties' "Joint Motion to Abate Pending Settlement." According to the motion, the parties entered into a binding settlement agreement on March 5, 2015. The parties thus request that we abate this appeal until such time as the binding settlement agreement can be effectuated, which should occur on or about July 29, 2015.

The Court, having examined and fully considered the documents on file and the joint motion to abate pending settlement, is of the opinion that the joint motion to abate

the appeal pending settlement should be granted. The joint motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED. The Court directs the parties to file, on or before August 5, 2015, either (1) a motion to reinstate and dismiss the appeal, or (2) a motion to continue the abatement to effectuate settlement.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of July, 2015.